STATE OF NEW JERSEY v. DONALD MASINO.

December 16, 1982.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND NEMETH.

December 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT M. LUEDER.

December 16, 1982.

Petition for certification denied.

ROSA LOURENCO v. EMERSON ELECTRIC COMPANY.

December 16, 1982.

Petition for certification denied.

JAMES CRYAN v. M.A. INDUSTRIES, INC.

December 16, 1982.

Petition for certification denied.